Turner Type Founders Company, Appellant, v. Stephen Laub, Trading as Reliable Typesetting Company, and O. K. Typesetting Company, Appellees.

Gen. No. 40,659.

opinion filed December 5, 1939;

rehearing denied December 26, 1939. Louis I. Lewis, for appellant; Cecil Emery, for certain appellee; George D. Le Brint, for certain other appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''